ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Orbis Sibro, Inc. | ) | ASBCA Nos. 63164, 63624 |
| | ) | |
| Under Contract No. N00178-04-D-4100 | ) | |

APPEARANCE FOR THE APPELLANT:     Jerome S. Gabig, Esq.
                                                                         Government Procurement Lawyer, LLC
                                                                         Guntersville, AL

APPEARANCES FOR THE GOVERNMENT:     Samuel W. Morris, Esq.
                                                                                 DCMA Chief Trial Attorney
                                                                                 Alexander M. Healy, Esq.
                                                                                 Trial Attorney
                                                                                 Defense Contract Management Agency
                                                                                 Hanscom AFB, MA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: January 12, 2024

_____
CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63164, 63624, Appeals of Orbis Sibro, Inc., rendered in conformance with the Board's Charter.

Dated: January 16, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals